# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

BOBBY LAYTHEN BINFORD,

Plaintiff,

v.

WASHINGTON STATE PENITENTIARY, et al,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-5098-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is DISMISSED WITHOUT PREJUDICE.

December 22, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Karen White
*(By) Deputy Clerk*
Karen White